# UNITED STATES DISTRICT COURT
для the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 1 7 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DONTE CHERON FREEMAN | ) | Case No: 4:06CR00016-1 |
| | ) | USM No: 12017-084 |
| Date of Previous Judgment: 11/16/2009 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ___ to ___ months    Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS

Defendant's guideline sentencing range, which is the statutory minimum of 240 months, is not reduced by application of Amendment 750.

Except as provided above, all provisions of the judgment dated __11/16/2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _10-17-11_

/s/ Jackson L. Kiser
Judge's signature

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*